IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID HAMILTON,**<br><br>            Plaintiff,<br><br>    v.<br><br>**L. ABLES**<br><br>            Defendant. | 2:23-cv-0050 DB P<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO OPT-OUT OF POST-SCREENING ALTERNATIVE DISPUTE RESOLUTION**<br><br>Judge:         Hon. Deborah Barnes<br>Trial Date:    None<br>Action Filed:  January 10, 2023 |

Good cause appearing, IT IS HEREBY ORDERED that:

Defendant's Motion to Opt Out of this Court's Post-Screening Alternative Dispute Resolution Project is GRANTED. This action is released from the Court's Post-Settlement Alternative Dispute Resolution Project.

Dated: May 7, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order (2:23-cv-0050)