1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   DAVID HAMILTON,                        No.  2:23-cv-0050-TLN-SCR
12              Plaintiff,
13        v.                                **ORDER**
14   L. ABLES, et al.,
15              Defendants.
16
17        Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief
18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to
19   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.
20        On July 23, 2024, the magistrate judge filed findings and recommendations herein which
21   were served on all parties and which contained notice to all parties that any objections to the
22   findings and recommendations were to be filed within twenty-one days.  (ECF No. 36.)  Plaintiff
23   filed objections to the findings and recommendations, which the Court considered.  (ECF No. 40.)
24        The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602
25   F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.
26   *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed
27   the file, the Court finds the findings and recommendations to be supported by the record and by
28   the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed on July 23, 2024 (ECF No. 36), are
   ADOPTED IN FULL;

2. The Court GRANTS Defendants' Motion to Dismiss (ECF No. 27);

3. The Court DENIES all other pending motions (ECF Nos. 24, 29, 37) as moot; and

4. The Clerk of Court is directed to close this case.

Date: August 23, 2024

Troy L. Nunley
United States District Judge